**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUSTIN CHATOV
an individual,                                                                  Case No.: 8:14-cv-00734-JSM-AEP

      Plaintiff,
v.

PHH MORTGAGE CORPORATION,
a foreign profit company,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JUSTIN CHATOV (hereinafter "Plaintiff"), by and through the undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, PHH MORTGAGE COPORATION (hereinafter "Defendant"), have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel, and Defendant has no objection to the relief sought.

Submitted this 14th day of April 2015.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 93088**
**Gregory H. Lercher, Esq. FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 14th day of April 2015 to:

Jacqueline A. Simms-Petredis, Esq.
201 North Franklin Street, Suite 3200
Tampa, FL 33602
jsimms-petredis@burr.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney